Caldwell v. Caldwell, 562 N.W.2d 104 (N.D. 1996)|N.D. Supreme Court|
Caldwell v. Caldwell, 562 N.W.2d 104 (N.D. 1996)
[Go to Documents]
Filed Dec. 6, 1996
IN THE SUPREME COURT
STATE OF NORTH DAKOTA
Sandra J. Caldwell, Plaintiff and Appellee
v.
Blake Caldwell, Defendant and Appellant
Civil No. 960105
Appeal from the District Court for Ward County, Northwest Judicial District, the Honorable Gary A. Holum, Judge.
AFFIRMED.
Per Curiam. Tom P. Slorby, P.O. Box 3118, Minot, N.D. 58702-3118, for defendant and appellant. Thomas A. Wentz, Jr., and Michael A. Bosh, of Pringle & Herigstad, P.O. Box 1000, Minot, N.D. 58702-1000, for plaintiff and appellee.
Caldwell v. Caldwell
Civil No. 960105
Per Curiam.
Blake Caldwell appeals from the district court's divorce decree ordering equal division of the marital property. He argues the district court erred by failing to consider the short duration of the marriage, and that Blake brought approximately $20,000 more in assets into the marriage than Sandra. We affirm the district court's judgment under Rule 35.1(a)(2), N.D.R.App.P.
Gerald W. VandeWalle, C.J.
William A. Neumann
Mary Muehlen Maring
Dale V. Sandstrom
Allan L. Schmalenberger, D.J. SCHMALENBERGER, Allan L., D.J.
, sitting in place of Meschke, J., disqualified.